UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COQUETTE APRIL FROST,

v.  Case No. 8:12-cr-120-T-33SPF
    8:19-cv-2062-T-33SPF

UNITED STATES OF AMERICA.

_____/

**ORDER**

This matter is before the Court on pro se Coquette A. Frost's 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence (Civ. Doc. # 1; Crim. Doc. # 57), filed on August 19, 2019. The United States of America responded on September 20, 2019. (Civ. Doc. # 3). Frost has not filed a reply and the time for filing a reply has expired. For the reasons that follow, the Motion is dismissed for lack of jurisdiction as successive.

**I. Discussion**

A prisoner who previously filed a Section 2255 motion must request and receive permission from the Court of Appeals before filing a second or successive one. See 28 U.S.C. §§ 2244(b)(3)(A) and 2255(h). "Absent such authorization, a district court lacks jurisdiction to consider such a motion." Hamilton v. United States, No. 8:06-cr-464-T-17TGW, 2018 WL

5624182, at *1 (M.D. Fla. July 3, 2018)(citing Farris v. United States, 333 F.3d 1211, 1216 (11th Cir. 2003)).

Frost previously filed one unsuccessful Section 2255 motion, (Crim. Doc. # 40), which was denied on November 28, 2016. (Crim. Doc. # 49). And Frost has not obtained the Eleventh Circuit's permission to file a second or successive Section 2255 motion. Frost's newly-asserted challenge constitutes an improper, successive motion pursuant to 28 U.S.C. § 2255 and, therefore, pursuant to Sections 2255(e) and (h), this Court must dismiss this claim.

## II. Certificate of Appealability and Leave to Appeal In Forma Pauperis Denied

The Court declines to issue a certificate of appealability because Frost has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(2). Nor will the Court authorize Frost to proceed on appeal in forma pauperis because such an appeal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3). Frost shall be required to pay the full amount of the appellate filing fee pursuant to Section 1915(b)(1) and (2).

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Pro se Coquette A. Frost's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Civ. Doc. # 1; Crim. Doc. # 57) is **DISMISSED** for lack of jurisdiction as successive. Such dismissal is without prejudice to Frost's filing a motion in the Eleventh Circuit for permission to file a successive Section 2255 motion to vacate. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of October, 2019.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE